AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### for the
### Western District of Arkansas

```
FILED ____        RECEIVED ____
ENTERED ____      SERVED ON ____
                  COUNSEL/PARTIES OF RECORD

        AUG 16 2023

CLERK US DISTRICT COURT
   DISTRICT OF NEVADA
BY: _____ DEPUTY
```

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 2:23-mj-00742-VCF |
| **ANGELIQUE DELISE** | ) |
| | ) Charging District: Western District of Arkansas |
| *Defendant* | ) Charging District's Case No. 5:23-cr-50054-004 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Judge Isaac C. Parker Federal Building 30 South 6th Street Room 1038 Fort Smith, Arkansas 72901-2437 | Courtroom No.: TBD |
|---|---|
| | Date and Time: TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 08/16/2023

_____
*Judge's signature*

CAM FERENBACH, US MAGISTRATE JUDGE
*Printed name and title*